```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ANTOINETTE MCZEAL | : | CIVIL ACTION |
| | : | NO. 09-2554 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SCHOOL DISTRICT OF | : | |
| PHILADELPHIA, | : | |
| | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this **16th** day of **May, 2011,** it is hereby **ORDERED** that Defendant's motion for summary judgment (doc. no. 24) is **GRANTED;**

It is hereby further **ORDERED** that this case shall be marked **CLOSED.**

       **AND IT IS SO ORDERED.**

                                S/Eduardo C. Robreno
                              **EDUARDO C. ROBRENO, J.**